IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

P & K PROPERTY, LLC,　　　　　　　　　　　　No. C 11-06606 SI

　　　　　　Plaintiff,　　　　　　　　　　　　**PRETRIAL PREPARATION ORDER**

　　v.

HARTFORD CASUALTY INSURANCE COMPANY,

　　　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　　　/

　　It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 13, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 31, 2012.

DESIGNATION OF EXPERTS: 9/28/12; REBUTTAL: 10/19/12.
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 30, 2012.

DISPOSITIVE MOTIONS **SHALL** be filed by January 18, 2013;

　　Opp. Due February 1, 2013; Reply Due February 8, 2013;

　　and set for hearing no later than February 22, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 30, 2013 at 3:30 PM.

JURY TRIAL DATE: May 13, 2012 at 8:30 AM.,
　　Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be   days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 4/10/12

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge