IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P & K PROPERTY, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>        Defendant.<br>                                            / | No. C 11-06606 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 13, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 31, 2012.

DESIGNATION OF EXPERTS: 9/28/12; REBUTTAL: 10/19/12.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 30, 2012.

DISPOSITIVE MOTIONS **SHALL** be filed by January 18, 2013;

    Opp. Due February 1, 2013; Reply Due February 8, 2013;

    and set for hearing no later than February 22, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 30, 2013 at 3:30 PM.

JURY TRIAL DATE: May 13, 2012 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be   days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 4/10/12

                                                                       _____
                                                                       SUSAN ILLSTON
                                                                       United States District Judge