IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

P & K PROPERTY, LLC,

    Plaintiff,

  v.

HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.
                            /

No. C 11-06606 SI

**ORDER TO SHOW CAUSE; VACATING HEARING**

On December 3, 2012, defendant filed a motion for summary judgment. A hearing was set for January 25, 2013, and plaintiff's opposition was due December 17, 2012. Plaintiff did not file an opposition, request an extension of time, or otherwise communicate in any other way with the Court.

**Accordingly, plaintiff is ORDERED TO SHOW CAUSE in writing no later than January 25, 2013, why this case should not be dismissed for failure to prosecute**. *See* Fed. R. Civ. Proc. 41(b). Plaintiff's failure to respond to this Order will be treated as an acknowledgment of non-opposition to defendant's motion for summary judgment. The January 25, 2013 is VACATED.

**IT IS SO ORDERED.**

Dated: January 10 , 2013

                                                        SUSAN ILLSTON
                                                        United States District Judge