IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

P & K PROPERTY, LLC,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.

No. C 11-06606 SI

**ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE**

After plaintiff failed to timely oppose defendant's motion for summary judgment, the Court ordered defendant to show cause on or before January 25, 2013 why the case should not be dismissed for failure to prosecute. On January 25, 2013, plaintiff's counsel responded to the Court's order, effectively blaming his administrative assistants. Dkts. 34, 35.

Accordingly, the Court hereby SCHEDULES a telephonic case management conference for **Friday, February 1, 2013, at 3:30 p.m.** Counsel are to notify the Court of their preferred telephone number. The Court will address scheduling and other pending matters.

**IT IS SO ORDERED.**

Dated: January 31 , 2013

SUSAN ILLSTON
United States District Judge