**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

P & K PROPERTY, LLC,                                    No. C 11-06606 SI

           Plaintiff,                          **ORDER SCHEDULING TELEPHONIC**
                                               **CASE MANAGEMENT CONFERENCE**
  v.

HARTFORD CASUALTY INSURANCE
COMPANY,

           Defendant.
                                   /

       After plaintiff failed to timely oppose defendant's motion for summary judgment, the Court

ordered defendant to show cause on or before January 25, 2013 why the case should not be dismissed

for failure to prosecute.  On January 25, 2013, plaintiff's counsel responded to the Court's order,

effectively blaming his administrative assistants. Dkts. 34, 35.

       Accordingly, the Court hereby SCHEDULES a telephonic case management conference for

**<u>Friday, February 1, 2013, at 3:30 p.m.</u>**  Counsel are to notify the Court of their preferred telephone

number. The Court will address scheduling and other pending matters.


     **IT IS SO ORDERED.**


Dated: January 31 , 2013
                                                
                              SUSAN ILLSTON
                              United States District Judge