**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

P & K PROPERTY, LLC,

           Plaintiff,

  v.

HARTFORD CASUALTY INSURANCE
COMPANY,

           Defendant.

_____/

No. C 11-06606 SI

**JUDGMENT**

      Defendant's motion for summary judgment has been granted.  Judgment is accordingly entered in favor of defendant and against plaintiff.

      **IT IS SO ORDERED AND ADJUDGED.**

Dated: February 12 , 2013

                                    _____
                                    SUSAN ILLSTON
                                    United States District Judge