IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P & K PROPERTY, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>　　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C 11-06606 SI<br><br>**JUDGMENT** |

Defendant's motion for summary judgment has been granted. Judgment is accordingly entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 12 , 2013

　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge